RECEIVED
OCT 0 1 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Southern DIVISION

Darnell Joyce Elaine Simmons )
)
)
(Enter above the full name of the Plaintiff[s] in this action).

vs.

Cape Fear Community College, Ken Serio, Maria Cook, Joyce Spears, Tommy Herring, Rhonda Tighe )
(Enter above the full name of ALL Defendant[s] in this action. Fed.R.Civ.P.10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary).

Case No. 7:15-cv-214-BO
(To be assigned by the Clerk of District Court)

## COMPLAINT

1. Plaintiff resides at 2657 Carolina Beach Rd, Wilmington 28412

2. Defendant(s) name(s): Cape Fear Community College, Ken Serio, Maria Cook, Joyce Spears, Tommy Herring, Rhonda Tighe

1

Location of principal office(s) of the named defendant(s):

401 N. Front St
Wilmington, NC 28401

Nature of defendant(s) business:

Educational & Training Services

Approximate number of individuals employed by defendant:

1200

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.
   (B) __X__ Termination of my employment.
   (C) _____ Failure to promote me.
   (D) __X__ Other acts as specified below:

Different terms & Conditions of Employment and harassment which lead to my termination & Lab Staff Retaliating against me, due to my co workers malicious behavior due to my race.

2

Case 7:15-cv-00214-BO   Document 1-2   Filed 10/01/15   Page 2 of 5

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) _X_ not presently employed by the defendant.

   The dates of employment were **2•2014 to 4•2015**

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _X_ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Ken Seino

   Maria Cook

   Joyce Spears

   Tammy Herring

   Rhonda Tighe

3

Case 7:15-cv-00214-BO   Document 1-2   Filed 10/01/15   Page 3 of 5

8. The alleged discrimination occurred on or about March 2014.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Due to my co workers malicious behavior due to my race.

10. The alleged illegal activity took place at: Cape Fear Community College

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about Dec 2014. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on July 27, 2015.

4

12. I seek the following relief:

   (A) _✗_ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) _✗_ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   7-22-15
   Date

   *(Signature of Plaintiff)*
   Darnell Simmons
   Phy - 2657 Carolina Beach Rd 28412
   Mailing - P.O. Box 1064 Wilmington NC 28402
   Ph.# 336 587 7930
   Address and Phone Number of Plaintiff

5